WILLIAM F. MULLIN, appellant,

*v.*

EMMA L. VOGT et al., respondents.

[Submitted December 7th, 1914.   Decided January 27th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *82 N. J. Eq. 450.*

*Mr. Ralph E. Lum,* for the appellant.

*Mr. Joseph Kahrs,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS—15.

*For reversal*—None.